**Appeal Dismissed and Opinion Filed December 16, 2014.**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-14-00995-CR

**CHARLES ROBERT KILLINGSWORTH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 196th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause No. 29663**

## MEMORANDUM OPINION
Before Justices Francis, Evans, and Stoddart

Appellant has filed a motion to dismiss the appeal. Appellant's counsel has approved the motion. The Court **GRANTS** the motion and **ORDERS** that the appeal be **DISMISSED** and this decision be certified below for observance. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47
140995F.U05



## Court of Appeals
## Fifth District of Texas at Dallas

### JUDGMENT

CHARLES ROBERT KILLINGSWORTH, Appellant

No. 05-14-00995-CR        V.

THE STATE OF TEXAS, Appellee

On Appeal from the 196th Judicial District Court, Hunt County, Texas
Trial Court Cause No. 29663.
Opinion delivered per curiam before Justices Francis, Evans, and Stoddart.

Based on the Court's opinion of this date, we **DISMISS** the appeal.


Judgment entered this 16th day of December, 2014.